**Fill in this information to identify the case:**

Debtor 1: Jeanelle ___ Hughes
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern Illinois District of IL (State)

Case number (If known): 14-30432

Chapter filing under:
- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[x] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $77.50 | 09/18/2014 |
| $77.50 | 10/18/2014 |
| $77.50 | 11/17/2014 |
| + $77.50 | 12/17/2014 |
| **Total** $310.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

9-5-14
Month / day / year

By the court: /s/ Janet S. Baer
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number :  **14 B 30432**
Case Name    :  **Jeanelle Hughes**

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Janet S. Baer, certify that on **September 5, 2014**, I caused copies of the attached **Order Approving Payment of Filing Fee in Installments, dated September 5, 2014** to be served to the parties listed below via facsimile (where indicated); electronically served through the Court's CM/ECF system (where indicated); via First Class Mail as indicated by (**).

**Jeanelle Hughes(**)**

7211 98th Avenue, Unit H

Kenosha, WI 53142


*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
served electronically

------------------------------------
Anthony Watson
Courtroom Deputy